# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FILED

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

James Crawford
5641 Naylor CT
Woodbridge, VA 22193
703.897.1146
COMPLAINT

    VS.

Michael Chertoff
Secretary,
Department of Homeland Security
Washington, DC 20528
AGENCY

Case: 1:07-cv-01381
Assigned To : Robertson, James
Assign. Date : 7/30/2007
Description: Employ. Discrim.

## MOTION FOR COURT APPOINTED COUNSEL

I can not afford an Attorney

                                James Crawford    7/27/07
                                5641 Naylor CT
                                Wood bridge, VA 22193
                                703.897.1146