```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA


JAMES CRAWFORD,                    :
                                   :
        Plaintiff,                 :
                                   :
   v.                              :  Civil Action No. 07-1381 (JR)
                                   :
MICHAEL CHERTOFF, Secretary,       :
Department of Homeland Security,   :
                                   :
        Defendant.                 :
```

**NOTICE UNDER RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

      The plaintiff will TAKE NOTICE that this action will be dismissed without prejudice pursuant to Fed.R.Civ.P 4(m) on January 5, 2008, unless a waiver of service (Fed.R.Civ.P. 4(d)) or proof of service (Fed.R.Civ.P. 4(l)) has been filed before then, or unless the Court finds good cause to extend the time for service.

      The plaintiff's motion for appointment of counsel [2] is **denied without prejudice** to its later renewal if it appears that plaintiff may have a viable claim.  It is **SO ORDERED.**


                                                  JAMES ROBERTSON
                                    United States District Judge