# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JAMES CRAWFORD,                          :
                                         :
       Plaintiff,                        :
                                         :
  v.                                     : Civil Action No. 07-1381 (JR)
                                         :
MICHAEL CHERTOFF, Secretary,             :
Department of Homeland Security,         :
                                         :
       Defendant.                        :

## ORDER

Upon a review of the docket, no proof of service having been filed within the time permitted by Rule 4 of the Federal Rules of Civil Procedure, as extended by this Court's order of December 7, 2007, it is **ORDERED** that this case is dismissed.


                                      JAMES ROBERTSON
                        United States District Judge